THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT PETERS, Appellant. [693 NYS2d 465] —Application for writ of error coram nobis held and decision reserved upon condition that defendant's *pro se* supplemental brief is filed and served

on or before June 30, 1999. Present—Green, J. P., Pine, Wisner and Balio, JJ.